# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140350

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDRICKS BERNARD SMITH,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140350
COA: 286409
Kent CC: 08-000739-FC

      On order of the Court, the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

p0419

_____
Clerk